IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK,<br>JEFFREY RUFFO, and<br>CHRISTOPHER JORDAN,<br><br>              Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**DECLARATION OF JAMES J. BENJAMIN, JR. IN SUPPORT OF
DEFENDANTS' MOTION *IN LIMINE* FOR A CAUTIONARY INSTRUCTION THAT
COMPLIANCE POLICIES ARE DIFFERENT FROM LAW**

I, James J. Benjamin, Jr., counsel for Defendant Christopher Jordan, hereby declare and state as follows:

1. I respectfully submit this Declaration in support of Defendants' Motion *In Limine* For A Cautionary Instruction That Compliance Policies Are Different From Law.

2. Attached hereto as Exhibit A is an excerpt of a true and correct copy of the testimony of Armand Nakkab before the Federal Grand Jury on August 22, 2019 (DOJ-0019999626).

3. Attached hereto as Exhibit B is a true and correct copy of an FBI Form FD-302 dated September 3, 2019, relating to the interview of David King on July 23, 2019 (DOJ-0017117474).

1

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct.

| | |
|---|---|
| Dated: July 9, 2021<br>New York, New York | <u>/s/ James J. Benjamin, Jr.</u><br>James J. Benjamin, Jr.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br>(212) 872-1000<br><br>*Counsel for Christopher Jordan* |