# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.           Case No.: 1:19−cr−00669
Honorable Edmond E. Chang

Gregg Smith, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2022:

    MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith: On Defendant Smith's motion [518] to compel documents, an attorney for JPMorgan left a voice−mail last night to report that the bank would like to promptly file a response to the motion by tomorrow (that is, 06/02/2022). The request is granted, and the bank's response is due on 06/02/2022. The bank is authorized to file the response even if the anticipated pro hac vice motion has not been granted yet. The defense reply is due by 06/09/2022. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.