UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 19 CR 669 |
| GREGG SMITH, MICHAEL NOWAK, and JEFFREY RUFFO, | Judge Edmond E. Chang |
| Defendants. | |

**UNITED STATES' STATEMENT REGARDING GX 84 THROUGH 116**

Pursuant to the Court's order during the June 2, 2022 pretrial conference, the United States hereby identifies the following subset of Government Exhibits ("GX") 84 through 116 that it intends to introduce in its case-in-chief:

- GX 84[1] (has corresponding trading episode)
- GX 86 (has corresponding trading episode)
- GX 87 (has corresponding trading episode)
- GX 89 (has corresponding trading episode)
- GX 95
- GX 96 (has corresponding trading episode)
- GX 101
- GX 103 (has corresponding trading episode)
- GX 105 (has corresponding trading episode)
- GX 107 (has corresponding trading episode)
- GX 109 (has corresponding trading episode)
- GX 112 (has corresponding trading episode)
- GX 115 (has corresponding trading episode)

---

[1] This list does not include .xml versions of time zone information for the Bloomberg chat of the same date, such as GX 85, 88, 90, 97, 104, 106, 108, 110, 113.

-2-

Dated: June 13, 2022                Respectfully submitted,

/s/ *Lucy B. Jennings*
Avi Perry
Matthew F. Sullivan
Lucy B. Jennings
Christopher Fenton
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20530
(202) 305-9708

Case: 1:19-cr-00669 Document #: 547 Filed: 06/13/22 Page 2 of 3 PageID #:9518

-3-

**CERTIFICATE OF SERVICE**

I, Lucy B. Jennings, hereby certify that on June 13, 2022, I caused the foregoing United States' Statement Regarding GX 84 through 116 to be electronically filed with the Clerk of Court by using the Court's electronic filing system, which will automatically send a notice of electronic filing to the parties who have entered an appearance in this case.

/s/ *Lucy B. Jennings*
Lucy B. Jennings