IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGG SMITH,<br>MICHAEL NOWAK, and<br>JEFFREY RUFFO.<br><br>Defendants. | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**STIPULATION**

The United States of America and Defendant Jeffrey Ruffo, through their undersigned counsel, hereby stipulate and agree as follows:

1

## STIPULATION NO. 4

FBI Special Agent (SA) Jonathan Luca completed a written report regarding an interview of John Edmonds on November 8, 2019. SA Luca's interview report was based on contemporaneous notes, but was not a transcript of Mr. Edmonds's statements made during the interview and did not capture every word said by Mr. Edmonds during the interview. SA Luca's written report is a summary of Mr. Edmonds's statements made at that time. SA Luca's interview report states, in part, that "Edmonds did not recall Ruffo using explicit terms or phrases with regard to the clicking or trading activity. Nor did Edmonds have any specific memories of Ruffo encouraging spoofing." The government does not possess notes or an interview report reflecting that Mr. Edmonds stated otherwise to the FBI prior to his testimony in Court. SA Luca's interview report of the November 8, 2019 interview of Mr. Edmonds also states that "Ruffo never said anything to Edmonds about clicking or spoofing. Ruffo only talked about where his accounts had got done or filled and where the market was going."

Dated: _____, 2022

_____  _____

Guy Petrillo
Daniel Z. Goldman
Leonid Sandlar
Petrillo Klein & Boxer LLP
655 Third Avenue
New York, NY 10017
(212) 370-0331

Bethany Biesenthal
Jones Day
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(312) 269-4303

*Counsel for Jeffrey Ruffo*

Avi Perry
Matthew F. Sullivan
Lucy Jennings
Christopher Fenton
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20530
(202) 353-6200

*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2022, I caused a copy of the foregoing to be filed with the Clerk of the Court through the CM/ECF system, which will provide notice of the filing to all counsel of record.

Respectfully submitted,

/s/ Bethany K. Biesenthal
Bethany K. Biesenthal
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60606
(312) 269-4303

Guy Petrillo
Daniel Goldman
Leonid Sandlar
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
(212) 370-0331

*Counsel for Jeffrey Ruffo*