# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                   Case No.: 1:19−cr−00669
                                                              Honorable Edmond E. Chang

Gregg Smith, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 26, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: Attached is Court Set 1 of the Revised Verdict Forms. The rejection of the special−verdict forms is explained in R. 648, the order accompanying the revised jury instructions.Emailed notice (eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.