**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA )
) No. 19 CR 669
v. )
) Judge Edmond E. Chang
GREGG SMITH )
)
)

**VERDICT FORM—GREGG SMITH**

We, the jury, find the defendant GREGG SMITH:

**I.** **Count Charging Conspiracy to Conduct or Participate in an Enterprise Engaged in a Pattern of Racketeering Activity**

On **Count One**:          Not Guilty     ☐          Guilty     ☐

**II.** **Count Charging Conspiracy to Commit Price Manipulation, Wire Fraud Affecting a Financial Institution, Commodities Fraud, and Spoofing**

On **Count Two**:          Not Guilty     ☐          Guilty     ☐

**III.** **Count Charging Attempted Price Manipulation**

On **Count Three**:          Not Guilty     ☐          Guilty     ☐

**IV.** **Counts Charging Wire Fraud Affecting a Financial Institution**

On **Count Five**:          Not Guilty     ☐          Guilty     ☐

On **Count Six**:          Not Guilty     ☐          Guilty     ☐

On **Count Seven**:          Not Guilty     ☐          Guilty     ☐

On **Count Eight**:          Not Guilty     ☐          Guilty     ☐

On **Count Nine**:           Not Guilty     ☐          Guilty     ☐

On **Count Ten**:            Not Guilty     ☐          Guilty     ☐

On **Count Eleven**:         Not Guilty     ☐          Guilty     ☐

On **Count Twelve**:         Not Guilty     ☐          Guilty     ☐

## V.     Count Charging Commodities Fraud

On **Count Twenty-Four**:    Not Guilty     ☐          Guilty     ☐

## VI.    Count Charging Spoofing

On **Count Twenty-Six**:     Not Guilty     ☐          Guilty     ☐

**Signed:**

_____          _____

FOREPERSON

_____          _____

_____          _____

_____          _____

_____          _____

DATED: _____

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA

v.

MICHAEL NOWAK

) 
) No. 19 CR 669
) 
) 
) Judge Edmond E. Chang
) 
) 
) 

## VERDICT FORM—MICHAEL NOWAK

We, the jury, find the defendant MICHAEL NOWAK:

**I.**  **Count Charging Conspiracy to Conduct or Participate in an Enterprise Engaged in a Pattern of Racketeering Activity**

On **Count One**:          Not Guilty    ☐          Guilty   ☐

**II.**  **Count Charging Conspiracy to Commit Price Manipulation, Wire Fraud Affecting a Financial Institution, Commodities Fraud, and Spoofing**

On **Count Two**:          Not Guilty    ☐          Guilty   ☐

**III.**  **Count Charging Attempted Price Manipulation**

On **Count Four**:          Not Guilty    ☐          Guilty   ☐

**IV.**  **Counts Charging Wire Fraud Affecting a Financial Institution**

On **Count Thirteen**:          Not Guilty    ☐          Guilty   ☐

On **Count Fourteen**:          Not Guilty    ☐          Guilty   ☐

On **Count Fifteen**:          Not Guilty    ☐          Guilty   ☐

On **Count Sixteen**:        Not Guilty  ☐        Guilty  ☐

On **Count Seventeen**:     Not Guilty  ☐        Guilty  ☐

On **Count Eighteen**:      Not Guilty  ☐        Guilty  ☐

On **Count Nineteen**:      Not Guilty  ☐        Guilty  ☐

On **Count Twenty**:        Not Guilty  ☐        Guilty  ☐

On **Count Twenty-One**:    Not Guilty  ☐        Guilty  ☐

On **Count Twenty-Two**:    Not Guilty  ☐        Guilty  ☐

## V.    Count Charging Commodities Fraud

On **Count Twenty-Five**:   Not Guilty  ☐        Guilty  ☐

## VI.    Count Charging Spoofing

On **Count Twenty-Seven**:   Not Guilty  ☐        Guilty  ☐

**Signed:**

_____          _____

FOREPERSON

_____          _____

_____          _____

_____          _____

5

_____          _____


DATED: _____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 19 CR 669 |
| | ) | |
| v. | ) | Judge Edmond E. Chang |
| | ) | |
| JEFFREY RUFFO | ) | |
| | ) | |
| | ) | |

**VERDICT FORM—JEFFREY RUFFO**

We, the jury, find the defendant JEFFREY RUFFO:

**I.** **Count Charging Conspiracy to Conduct or Participate in an Enterprise Engaged in a Pattern of Racketeering Activity**

On **Count One**: Not Guilty ☐ Guilty ☐

**II.** **Count Charging Conspiracy to Commit Price Manipulation, Wire Fraud Affecting a Financial Institution, Commodities Fraud, and Spoofing**

On **Count Two**: Not Guilty ☐ Guilty ☐

**Signed:**

_____        _____
FOREPERSON

_____        _____

_____        _____

_____     _____

_____     _____

DATED: _____